| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Henderson, Karen L. | 2. Court or Organization  US Circuit Court of Appeals, District of Columbia Circuit | 3. Date of Report  05/13/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Court Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial  ☑ Annual  ☐ Final  5b.  ☐ Amended Report | 6. Reporting Period  01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

US Courthouse, Room 3118
333 Constitution Avenue, NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Acccount | | None | J | T | | | | | |
| 2. Suntrust Bank Checking Account | A | Interest | J | T | | | | | |
| 3. Suntrust Bank Investment Account Contains: | | | | | | | | | |
| 4. **Suntrust Cash Account | A | Dividend | L | T | | | | | |
| 5. Allis Chalmers Energy Inc.: Common | | None | J | W | | | | | |
| 6. Morgan Stanley Account Contains: | | | | | | | | | |
| 7. **Morgan Stanley Cash Accounts | A | Interest | K | T | | | | | |
| 8. **AT&T Inc.: Common | B | Dividend | K | T | | | | | |
| 9. **Alcatel-Lucent: Common | | None | J | T | | | | | |
| 10. **NCR Corp: Common | | None | J | T | | | | | |
| 11. **Teradata Corp: Common | | None | J | T | | | | | |
| 12. **LSI Corporation: Common | | None | J | T | | | | | |
| 13. **International Business Machines: Common | A | Dividend | K | T | | | | | |
| 14. IRA CD: Wells Fargo Bank | A | Interest | | | Distributed | 12/01/12 | J | D | |
| 15. IRA: Morgan Stanley Contains: | | | | | | | | | |
| 16. **AT&T Inc.: Common | C | Dividend | L | T | | | | | |
| 17. **Citigroup Inc.: Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. **Alcatel-Lucent: Common | | None | J | T | | | | | |
| 19. **Intl Business Machines Corp.: Common | B | Dividend | L | T | | | | | |
| 20. **NCR Corp.: Common | | None | J | T | | | | | |
| 21. **Teradata Corp: Common | | None | J | T | | | | | |
| 22. **Morgan Stanley Cash Accounts | A | Interest | L | T | | | | | |
| 23. **LSI Corporation: Common | | None | J | T | | | | | |
| 24. **Traveler's Companies: Common | A | Dividend | J | T | | | | | |
| 25. Merrill Lynch Account Contains: | | | | | | | | | |
| 26. **Charlotte NC CTFS 4.0% | B | Interest | | | Redeemed | 06/01/12 | L | | |
| 27. **New Jersey Econ Dev 5.0% | B | Interest | | | Redeemed | 06/15/12 | K | | |
| 28. **New Jersey Econ Dev 5.0% | B | Interest | | | Redeemed | 06/15/12 | K | | |
| 29. **Laurens Co SC Wtrswr 3.4% | A | Interest | | | Redeemed | 03/01/12 | J | | |
| 30. **Merrill Lynch Cash Accounts | A | Interest | M | T | | | | | |
| 31. Merrill Lynch IRA Contains: | | | | | | | | | |
| 32. **AT&T, Inc.: Common | A | Dividend | K | T | | | | | |
| 33. **Alcatel-Lucent: Common | | None | J | T | | | | | |
| 34. **LSI Corporation: Common | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. **Marathon Oil Corp: Common | B | Dividend | L | T | | | | | |
| 36. **Marathon Petroleum: Common | B | Dividend | M | T | | | | | |
| 37. **Merrill Lynch Cash Accounts | A | Interest | K | T | | | | | |
| 38. Wells Fargo Rollover IRA Contains: | | | | | | | | | |
| 39. **Wells Fargo PT Money Market Fund | A | Interest | J | T | | | | | |
| 40. **United States Treasury Bills Due 01/03/2013 | | None | P1 | T | Buy | 07/05/12 | P1 | | |
| 41. **United States Treasury Bills Due 01/05/2012 | A | Interest | | | Redeemed | 01/05/12 | P1 | | |
| 42. **United States Treasury Bills Due 07/15/2012 | A | Interest | | | Buy | 01/15/12 | P1 | | |
| 43. | | | | | Redeemed | 07/05/12 | P1 | | |
| 44. Stanley Black & Decker Corp.: Common | B | Dividend | K | T | | | | | |
| 45. Bank America Corp.: Common | B | Dividend | N | T | | | | | |
| 46. The Boeing Co.: Common | D | Dividend | N | T | | | | | |
| 47. Campbell Soup Co.: Common | D | Dividend | M | T | | | | | |
| 48. Colgate-Palmolive Co.: Common | E | Dividend | O | T | | | | | |
| 49. General Electric Co.: Common | E | Dividend | P1 | T | | | | | |
| 50. The Goodyear Tire & Rubber Co.:Common | | None | K | T | | | | | |
| 51. IBM Corp.: Common | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Henderson, Karen L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Exxon-Mobil Corp.: Common | D | Dividend | O | T | | | | | |
| 53. El Paso Energy: Common | A | Dividend | | | Sold (part) | 05/24/12 | L | E | |
| 54. | | | | | Distributed | 05/24/12 | L | | |
| 55. Kinder Morgan | B | Dividend | L | T | Spinoff (from line 53) | 05/24/12 | L | | |
| 56. Pfizer Co.: Common | D | Dividend | N | T | | | | | |
| 57. Marathon Group: Common | C | Dividend | M | T | | | | | |
| 58. Marathon Petroleum: Common | C | Dividend | M | T | | | | | |
| 59. Monsanto: Common | C | Dividend | N | T | | | | | |
| 60. Chevron Corporation: Common | D | Dividend | N | T | | | | | |
| 61. Weyerhaeuser Co.: Common | | None | M | T | | | | | |
| 62. US Steel Group: Common | A | Dividend | J | T | | | | | |
| 63. Allstate: Common | A | Dividend | K | T | | | | | |
| 64. Delhaize Group Spons: Common | A | Dividend | J | T | | | | | |
| 65. DirecTV Group, Inc.: Common | | None | J | T | | | | | |
| 66. Discover Financial Services: Common | A | Dividend | J | T | | | | | |
| 67. Federal Signal Corp: Common | | None | K | T | | | | | |
| 68. Halliburton Co.: Common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Morgan Stanley: Common | A | Dividend | J | T | | | | | |
| 70. News Corp Ltd.: Common | A | Dividend | J | T | | | | | |
| 71. Royal Dutch Shell: Common | F | Dividend | P1 | T | | | | | |
| 72. Schlumberger Ltd.: Common | D | Dividend | N | T | | | | | |
| 73. Titanium Metals Corp: Common | A | Dividend | J | T | | | | | |
| 74. Transocean Inc.: Common | A | Dividend | K | T | | | | | |
| 75. Valhi Inc.: Commom | A | Dividend | J | T | | | | | |
| 76. Total S.A. :Common Stock | A | Dividend | J | T | Buy | 03/08/12 | J | | |
| 77. Springtree Associates Partnership: 1% Interest | A | Rent | J | W | | | | | |
| 78. Wells Fargo Bank Accounts: | A | Interest | M | T | | | | | |
| 79. First Citizens Bank Account | A | Interest | M | T | | | | | |
| 80. NBSC Money Market Account | A | Interest | M | T | | | | | |
| 81. BB&T Money Market Account | A | Interest | M | T | | | | | |
| 82. SCB&T Money Market Account | A | Interest | L | T | Open | 07/01/12 | L | | |
| 83. TD Bank Money Market Account | A | Interest | L | T | Open | 07/01/12 | L | | |
| 84. CD: TD Bank | A | Interest | | | Redeemed | 07/01/12 | L | | |
| 85. CD: South Carolina Bank & Trust | A | Interest | | | Redeemed | 07/01/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CD: First Citizens Bank | A | Interest | | | Redeemed | 07/01/12 | L | | |
| 87. Minnesota Mutual Life Insurance Policy | B | Dividend | L | T | | | | | |
| 88. John Hancock Life Insurance Policy | A | Dividend | J | T | | | | | |
| 89. Merrill Lynch SEP Contains: | | | | | | | | | |
| 90. **Merrill Lynch SEP Cash Accounts | A | Dividend | J | T | | | | | |
| 91. **Chevron Corp: Common | D | Dividend | M | T | | | | | |
| 92. **American Growth Fund of America | | None | | | Sold | 08/01/12 | L | | |
| 93. **American Euro Pacific Growth Fund | A | Dividend | K | T | | | | | |
| 94. **Thornburg International Value Fund | A | Dividend | M | T | | | | | |
| 95. Wells Fargo Bank Trust Contains: | | | | | | | | | |
| 96. **Dodge & Cox International Stock Fund | A | Dividend | J | T | Buy (add'l) | 05/11/12 | J | | |
| 97. | | | | | Sold (part) | 08/09/12 | J | A | |
| 98. | | | | | Sold (part) | 11/20/12 | J | A | |
| 99. **Goldman Sachs Growth Opportunity Fund | | None | | | Sold (part) | 02/13/12 | J | A | |
| 100. | | | | | Sold | 04/11/12 | J | C | |
| 101. **Nuveen Limited Term Muni Fund | A | Dividend | J | T | Buy | 02/15/12 | J | | |
| 102. | | | | | Buy (add'l) | 05/11/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 11/20/12 | J | A | |
| 104. **Nuveen Funds High Yield Muni Fund | A | Dividend | J | T | Buy | 08/13/12 | J | | |
| 105. | | | | | Sold (part) | 11/20/12 | J | A | |
| 106. **Pimco Foreign Bond Fund | A | Dividend | J | T | Buy (add'l) | 02/15/12 | J | | |
| 107. | | | | | Sold (part) | 08/09/12 | J | A | |
| 108. **Dreyfus Tax Exempt Cash Management Fund | A | Interest | J | T | | | | | |
| 109. **Dreyfus Emerging Markets Debt Fund | A | Dividend | J | T | Buy (add'l) | 02/15/12 | J | | |
| 110. | | | | | Buy (add'l) | 08/13/12 | J | | |
| 111. **JP Morgan Mid Cap Value Fund | A | Dividend | J | T | Sold (part) | 02/13/12 | J | A | |
| 112. | | | | | Sold (part) | 05/09/12 | J | A | |
| 113. | | | | | Sold (part) | 08/09/12 | J | A | |
| 114. **Keeley Small Cap Value Fund | | None | J | T | Buy | 02/15/12 | J | | |
| 115. | | | | | Buy (add'l) | 05/11/12 | J | | |
| 116. | | | | | Sold (part) | 08/14/12 | J | | |
| 117. **Vanguard REIT Viper Fund | A | Dividend | J | T | Sold (part) | 02/15/12 | J | A | |
| 118. | | | | | Sold (part) | 05/11/12 | J | A | |
| 119. | | | | | Sold (part) | 08/09/12 | J | A | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 11/23/12 | J | | |
| 121. **TCW Small Cap Growth Fund | | None | | | Buy (add'l) | 02/15/12 | J | | |
| 122. | | | | | Buy (add'l) | 05/11/12 | J | | |
| 123. | | | | | Buy (add'l) | 08/13/12 | J | | |
| 124. | | | | | Sold (part) | 11/20/12 | J | | |
| 125. | | | | | Sold | 12/20/12 | J | | |
| 126. **Vanguard MSCI Emerging Market Fund | A | Dividend | J | T | Buy | 02/15/12 | J | | |
| 127. | | | | | Buy (add'l) | 05/11/12 | J | | |
| 128. | | | | | Buy (add'l) | 08/13/12 | J | | |
| 129. **Goldman Sachs TR GS Duration Fund | A | Dividend | | | Sold | 02/13/12 | J | A | |
| 130. **Harbor Capital Appreciation Fund | A | Dividend | J | T | Sold (part) | 02/13/12 | J | A | |
| 131. | | | | | Buy (add'l) | 11/23/12 | J | | |
| 132. **MFS Value Fund | A | Dividend | J | T | Buy (add'l) | 02/15/12 | J | | |
| 133. | | | | | Buy (add'l) | 05/11/12 | J | | |
| 134. | | | | | Sold (part) | 08/09/12 | J | A | |
| 135. **Oppenheimer Developing Market | A | Dividend | J | T | Buy | 02/15/12 | J | | |
| 136. | | | | | Buy (add'l) | 08/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. **SPDR DJ Wilshire International Fund | A | Dividend | J | T | Buy (add'l) | 02/15/12 | J | | |
| 138. | | | | | Sold (part) | 08/13/12 | J | A | |
| 139. | | | | | Sold (part) | 11/23/12 | J | A | |
| 140. **Artisan International Fund | A | Dividend | J | T | Sold (part) | 08/09/12 | J | A | |
| 141. **Credit Suisse Commodity Return | | None | J | T | Buy (add'l) | 02/15/12 | J | | |
| 142. | | | | | Buy (add'l) | 05/11/12 | J | | |
| 143. | | | | | Sold (part) | 08/09/12 | J | | |
| 144. **Ishares S&P 500 Index Fund | A | Dividend | J | T | Sold (part) | 02/15/12 | J | A | |
| 145. | | | | | Sold (part) | 05/11/12 | J | A | |
| 146. | | | | | Buy (add'l) | 08/13/12 | J | | |
| 147. **Nuveen Intermediate Duration Bond Fund | A | Dividend | K | T | Buy (add'l) | 02/15/12 | J | | |
| 148. | | | | | Sold (part) | 05/09/12 | J | A | |
| 149. | | | | | Buy (add'l) | 08/13/12 | J | | |
| 150. | | | | | Buy (add'l) | 11/23/12 | J | | |
| 151. **Ridgeworth SEIX HY Fund | A | Dividend | J | T | Sold (part) | 08/09/12 | J | A | |
| 152. | | | | | Sold (part) | 11/20/12 | J | A | |
| 153. **American Century Tax Free Bond Fund | A | Dividend | K | T | Sold (part) | 02/13/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 05/09/12 | J | A | |
| 155. | | | | | Buy (add'l) | 08/13/12 | J | | |
| 156. | | | | | Sold (part) | 11/20/12 | J | A | |
| 157. **Diamond Hill Long-Short Fund | | None | J | T | Buy (add'l) | 08/13/12 | J | | |
| 158. **Hussman Strategic Growth Fund | A | Dividend | J | T | Buy (add'l) | 02/15/12 | J | | |
| 159. | | | | | Sold (part) | 08/09/12 | J | | |
| 160. **Laudus Mondrian International Fixed Income Fund | A | Dividend | J | T | Buy (add'l) | 02/15/12 | J | | |
| 161. | | | | | Sold (part) | 08/09/12 | J | | |
| 162. **Mainstay Epoch US Equity Fund | | None | | | Sold (part) | 02/13/12 | J | A | |
| 163. | | | | | Sold (part) | 05/09/12 | J | A | |
| 164. | | | | | Sold | 08/09/12 | J | A | |
| 165. **Merger Fund SH Ben int | A | Dividend | J | T | Sold (part) | 08/09/12 | J | A | |
| 166. **Cohen & Steers International Realty Fund | | None | | | Buy (add'l) | 01/03/12 | J | | |
| 167. | | | | | Sold | 02/13/12 | J | A | |
| 168. **Eaton Vance Structured Emerging Market Fund | | None | | | Sold | 02/13/12 | J | A | |
| 169. **Ipath Dow Jones -UBS Commodity Fund | | None | | | Sold | 02/15/12 | J | A | |
| 170. **Ishares Barclays Intermediate Goverment Fund | A | Dividend | | | Sold | 02/15/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. **Ishares Russell 2000 Fund | A | Dividend | J | T | Sold | 02/15/12 | J | A | |
| 172. | | | | | Buy | 11/23/12 | J | | |
| 173. | | | | | Buy (add'l) | 12/24/12 | J | | |
| 174. **Ishares TR Russell 1000 Index | | None | | | Sold | 02/15/12 | J | A | |
| 175. ** SPDR Dow Jones REIT Fund | | None | | | Sold | 02/15/12 | J | A | |
| 176. **Artisan Mid Cap Fund | A | Dividend | J | T | Buy | 04/11/12 | J | | |
| 177. | | | | | Buy (add'l) | 05/11/12 | J | | |
| 178. | | | | | Buy (add'l) | 08/13/12 | J | | |
| 179. **Driehaus Active Income Fund | A | Dividend | J | T | Buy | 08/13/12 | J | | |
| 180. **Gateway Fund | A | Dividend | J | T | Buy | 08/13/12 | J | | |
| 181. Wells Fargo Brokerage Account Contains: | | | | | | | | | |
| 182. **US Treasury Bill Due 09/13/12 | B | Interest | | | Buy | 03/12/12 | P1 | | |
| 183. | | | | | Redeemed | 09/13/12 | P1 | | |
| 184. **US Treasury Bill Due 03/15/12 | B | Interest | | | Redeemed | 03/15/12 | P1 | | |
| 185. **US Treasury Bill Due 03/14/13 | | None | P1 | T | Buy | 09/10/12 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 1: Wells Fargo & Company merged with Wachovia Corporation on January 1, 2009. The newly merged company became known as Wells Fargo.

Part VII, Line 6: On January 13, 2009 Morgan Stanley and Citigroup announced that Citigroup would sell 51% of Smith Barney to Morgan Stanley, creating Morgan Stanley Smith Barney. On September 25, 2012, Morgan Stanley announced that its U.S. wealth management business was renamed "Morgan Stanley Wealth Management" and the company would be known as Morgan Stanley.

Part VII, Line 7: On January 13, 2009 Morgan Stanley and Citigroup announced that Citigroup would sell 51% of Smith Barney to Morgan Stanley, creating Morgan Stanley Smith Barney. On September 25, 2012, Morgan Stanley announced that its U.S. wealth management business was renamed "Morgan Stanley Wealth Management" and the company would be known as Morgan Stanley.

Part VII, Line 14: Wells Fargo & Company merged with Wachovia Corporation on January 1, 2009. The newly merged company became known as Wells Fargo.

Part VII, Line 15: On January 13, 2009 Morgan Stanley and Citigroup announced that Citigroup would sell 51% of Smith Barney to Morgan Stanley, creating Morgan Stanley Smith Barney. On September 25, 2012, Morgan Stanley announced that its U.S. wealth management business was renamed "Morgan Stanley Wealth Management" and the company would be known as Morgan Stanley.

Part VII, Line 22: On January 13, 2009 Morgan Stanley and Citigroup announced that Citigroup would sell 51% of Smith Barney to Morgan Stanley, creating Morgan Stanley Smith Barney. On September 25, 2012, Morgan Stanley announced that its U.S. wealth management business was renamed "Morgan Stanley Wealth Management" and the company would be known as Morgan Stanley.

Part VII, Lines 53, 54 & 55 : Kinder Morgan and El Paso Energy merged on May 24, 2012. The merger of the two companies contained a mixed consideration option. The owners of the El Paso energy stock would receive .4187 of a share of Kinder Morgan stock and $14.65 in cash. On May 24, 2012 2,512 shares of Kinder Morgan stock and $87,906 in cash was received as part of the merger.

Part VII, Line 75: On May 2, 2012, Valhi Inc. shareholders received a 3-for-1 stock split of its common stock.

Part VII, Line 78: Wells Fargo & Company merged with Wachovia Corporation on January 1, 2009. The newly merged company became known as Wells Fargo.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen L. Henderson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544